# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSE GODO FREDO, et al.,<br><br>              Plaintiffs,<br><br>     v.<br><br>CHAROEN, INC., et al.,<br><br>              Defendants. | Civil Action No. 15-1735 (BAH)<br><br>Judge Beryl A. Howell |

## ORDER

The Complaint in this action was filed on October 20, 2015.  ECF No. 1.  The plaintiffs failed to file proof of service within 120 days of the filing of the complaint, as required by Federal Rule of Civil Procedure 4(l)(1) at the time the plaintiffs filed their complaint and this Court's Local Civil Rule 5.3.  On February 18, 2016, the plaintiffs were ordered to show cause why this case should not be dismissed pursuant to Federal Rule of Civil Procedure 4(m) by February 25, 2016.  ECF No. 4.  To date, the plaintiffs have failed to respond to the Court's Order in any way.  Consequently, pursuant to Federal Rule of Civil Procedure 4(m), which mandates that the Court "must dismiss the action without prejudice" if the plaintiff fails to serve the defendant within the allotted time, it is hereby

**ORDERED** that this matter is DISMISSED, without prejudice, pursuant to Federal Rule of Civil Procedure 4(m); and it is further

**ORDERED** that the Clerk of the Court close this case.

**SO ORDERED.**

Date:  February 26, 2016

                                                                               _____
                                                                               BERYL A. HOWELL
                                                                               United States District Judge